

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

JUL 3 1 2009

J.T. NOBLIN, CLERK
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
~~GULF PORT~~ SOUTHERN DIVISION

| | | |
|---|---|---|
| *Najee Wells-Thompson, et. al.* | * | DOCKET NO. 1:09CV586 HSD-JMR |
| **together with all individuals and entities** | * | |
| **whose names appear on the attached** | * | |
| **"Exhibit A"** | * | |
| | * | |
| **Versus** | * | |
| **Forest River, Inc., et. al.** | * | |
| | * | |

******************************************************************************

## COMPLAINT FOR DAMAGES

This Complaint of certain persons of the full age of majority, on behalf of themselves and, in some instances, on behalf of individuals who lack the capacity to sue individually (hereinafter, "Named Plaintiffs"), who are all named in the annexed listing of all Named Plaintiffs (hereinafter, "Exhibit A"), through undersigned counsel, respectfully represents that:

## I.   **PARTIES**

1. Named Plaintiffs are those individuals and entities listed on the attached Exhibit A, which is incorporated herein as if set forth *in extenso.*

2. Manufacturing Defendant(s), listed on the attached Exhibit B, which is incorporated herein as if set forth *in extenso and hereinafter* collectively referred to as the "Manufacturing Defendants,", which manufactured and supplied FEMA trailers or housing units as defined below pursuant to contracts with FEMA for use in the State of Mississippi.

3. No-Bid Contractor Defendant(s), listed on the attached Exhibit B, which is incorporated herein as if set forth *in extenso and hereinafter* collectively referred to as the "No-Bid Contractor Defendants,"  received a No-Bid contract from the Federal Emergency Management Agency ("FEMA") and was tasked with, amongst other things, performing significant functions in the transportation, delivery, installation, maintenance and repair, de-installation and refurbishment of the temporary housing units provided by FEMA to the victims of hurricanes Katrina and Rita.

## II.   **JURISDICTION AND VENUE**

4. Each plaintiff alleges to have suffered damages in an amount in excess of $75,000.00, exclusive of interest and costs.

5. Pursuant to 28 U.S.C. §1332, this Court has subject matter jurisdiction over the claims asserted herein against the defendant(s) with citizenship other than that of plaintiff(s), because of diversity of citizenship and because the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

6. There is subject matter jurisdiction due to ample diversity pursuant to the terms of the Class Action Fairness Act (CAFA), 28 U.S.C. § 1332(d)(2) and (d)(11)(A) and (B)(i)) as a mass action in which monetary relief claims of 100 or more persons are proposed to be tried jointly on the grounds that the Plaintiffs' claims involve common questions of law or fact. Plaintiff contends that this matter will be transferred to MDL No. 07-1873 which includes monetary relief claims of 100 or more persons proposed to be tried jointly on the grounds that plaintiffs' claims involve common questions of law or fact.

7. Pursuant to 28 U.S.C. §1367(a), this Court has subject matter jurisdiction over any claims, not otherwise subject to federal jurisdiction, based on the Court's supplemental jurisdiction over these claims.

8. Manufacturing Defendants is subject to the in personam jurisdiction of this Court because it does sufficient business in the State of Mississippi and within this federal district to confer same, and at all relevant times hereto engaged in commerce both in this federal district and in the State of Mississippi with respect to the activities and claims which are the subject of this litigation.

9. No-Bid Contractor Defendant(s) is subject to the in personam jurisdiction of this Court because it does sufficient business in the State of Mississippi and within this federal district to confer same, and at all relevant times hereto engaged in commerce both in this federal district and in the State of Mississippi with respect to the activities and claims which are the subject of this litigation.

10. There is subject matter jurisdiction pursuant to 28 U.S.C. § 1331 (federal question).

11. Venue is proper in the Southern District of Mississippi pursuant to 28 U.S.C. §1391, based on information and belief, this is a judicial district where in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated.

### III.   FACTS AND GENERAL ALLEGATIONS

12. The Named Plaintiffs residing or living in travel trailers, park models, and mobile homes (hereinafter referred to as "housing units") in the State of Mississippi were provided these housing units by FEMA after the landfalls of Hurricane Katrina and/or Rita in September of 2005.

13. Of the housing units at issue, "mobile homes" are generally wider than 8 feet and/or longer than 40 feet, for an average area greater than 320 square feet. They are designed to be used as permanent homes and are defined and regulated by the U.S. Department of Housing and Urban Development ("HUD"). *See* Center for Disease Control and Prevention, INTERIM FINDINGS ON FORMALDEHYDE LEVELS IN FEMA-SUPPLIED TRAVEL TRAILERS, PARK MODELS, AND MOBILE HOMES, Feb. 29, 2008, at 4, *available at* http://www.cdc.gov/Features/FEMAtrailersFindings/pdf/interim_findings.pdf.

14. Of the housing units at issue, "travel trailers" are wheel-mounted and generally no larger than 8 feet wide and 40 feet long, for an average area of less than 320 square feet. They are designed to provide temporary living quarters and are generally considered vehicles, regulated by state transportation authorities rather than housing authorities. *Id.*

4

15. Of the housing units at issue, "park models" are larger versions of travel trailers (up to 400 square feet in area). They are designed for temporary living quarters and, although they are manufactured housing, they are exempted from HUD construction standards, typically regulated by transportation authorities and by manufacturer acceptance of a Voluntary American National Standards Institute ("ANSI") standard applying to their construction. *Id.*

16. The residence of each Named Plaintiff was rendered unhabitable following Hurricanes Katrina and/or Rita, leaving each plaintiff homeless and in need of housing assistance.

17. FEMA contracted with the Manufacturing Defendant(s) to purchase thousands of the housing units, primarily travel trailers, for provision to the Named Plaintiffs as temporary housing.

18. On information and belief, Manufacturing Defendant(s) expedited production of these housing units, and, on information and belief, resorted to using substandard materials and/or employing irregular practices during the manufacturing process, all of which resulted in the housing units occupied by each Named Plaintiff containing higher than normal levels of formaldehyde.

19. On information and belief, the housing unit of each Named Plaintiff, including those units which were manufactured prior to the hurricanes and those later manufactured and purchased by FEMA, deviated from Government specifications pertaining to the safety of the unit as a residence.

20. Named Plaintiffs submit that each and all of the housing units which are at issue herein, both those which were manufactured prior to the hurricanes and those

later manufactured and purchased by FEMA, did not conform to any Government-imposed specifications which addressed the design and/or construction of the housing units pertinent to formaldehyde levels.

21. Named Plaintiffs submit that each of the housing units at issue, both those which were manufactured prior to the hurricanes and those later manufactured, and purchased by FEMA, contained dangerous levels of formaldehyde due to Manufacturing Defendant(s)' use of certain materials in their construction, and/or posed the threat of producing dangerous levels of formaldehyde due to the Federal Government's intended use of the housing units as temporary residences for at least 18 months, but that Manufacturing Defendant(s) failed to warn the Federal Government about these dangers, which initially were not known to the Federal Government.

22. Named Plaintiffs submit that Manufacturing Defendant(s) ignored, or concealed and/or condoned the concealment of, the fact that each and all of the housing units at issue contained dangerous levels of formaldehyde due to Manufacturing Defendant(s)' use of certain materials in their construction, and/or posed the threat of producing dangerous levels of formaldehyde due to the Federal Government's intended use of the housing units as temporary residences for at least 18 months, all in order to sell Manufacturing Defendant(s)' products, and/or avoid the costs of safety precautions/inspections, and/or avoid litigation by persons injured by formaldehyde emissions.

23. Each and all of the Named Plaintiffs spent significant time in the FEMA-provided housing units manufactured by Manufacturing Defendant(s)' and provided to

Plaintiffs by the Federal Government.  As a result, the Named Plaintiffs unwittingly were exposed to dangerously high concentrations of the formaldehyde emitted from products used in the manufacture of the subject housing units.

24. Formaldehyde is found in construction materials such as particle board, fiberboard and plywood, as well as glues and adhesives used in the manufacture of the housing units.  Pursuant to federal law, the defendants are required to display a "Health Notice" about exposure to formaldehyde which reads:

### IMPORTANT HEALTH NOTICE

Some of the building materials used in this home emit formaldehyde.  Eye, nose and throat irritation, headache, nausea, and a variety of asthma-like symptoms, including shortness of breath, have been reported as a result of formaldehyde exposure.  Elderly persons and young children, as well as anyone with a history of asthma, allergies, or lung problems, may be at greater risk.  Research is continuing on the possible long-term effects of exposure to formaldehyde.

Reduced ventilation resulting from energy efficiency standards may allow formaldehyde and other contaminants to accumulate in the indoor air. Additional ventilation to dilute the indoor air may be obtained from a passive or mechanical ventilation system offered by the manufacturer. Consult your dealer for information about the ventilation options offered with this home.

High indoor temperatures and humidity raise formaldehyde levels.  When a home is to be located in areas subject to extreme summer temperatures, an air-conditioning system can be used to control indoor temperature levels.  Check the comfort cooling certificate to determine if this home has been equipped or designed for the installation of an air-conditioning system.

If you have any questions regarding the health effects of formaldehyde, consult your doctor or local health department.

*See* 24 C.F.R. §3280.309.

25. According to the National Cancer Institute, formaldehyde has been classified as a human carcinogen (cancer-causing substance) by the International Agency for Research on Cancer and as a probable human carcinogen by the U.S. Environmental Protection Agency ("EPA"). Additionally, the Agency for Toxic Substances and Disease Registry ("ATSDR") has reported to FEMA and members of Congress that not only is formaldehyde classified as "reasonably anticipated to be a human carcinogen," but also that there is no recognized safe level of exposure, and that any level of exposure to formaldehyde may pose a cancer risk, regardless of duration.

26. Most published exposure standards for formaldehyde address protective levels for the adult working population in the workplace, based upon a 40-hour work week, and specifically do not address chronic exposure levels or protective levels for the more susceptible population, for instance, the very young, the elderly and those with respiratory, skin and other chronic diseases. Nonetheless, reference to the levels established by the Occupational Safety and Health Administration ("OSHA") evidences formaldehyde's harmful effects. In 1987, OSHA reduced the amount of formaldehyde to which workers can be exposed over an 8-hour day from 3 ppm to 1 ppm. In May, 1992, the formaldehyde exposure limit was further reduced to .75 ppm.

27. HUD regulates formaldehyde levels in certain construction materials to include the pressed wood products used in manufactured housing (such as prefabricated

8

mobile homes).  HUD has far stricter exposure limits for residential formaldehyde emissions.  By regulation, "All plywood and particle board materials bonded with a resin system or coated with a surface finish containing formaldehyde shall not exceed the following formaldehyde emission levels when installed in manufactured homes: (1) Plywood materials shall not emit formaldehyde in excess of 0.2 parts per million (ppm)...[and] (2) Particle board materials shall not emit formaldehyde in excess of 0.3 ppm...".  *See* 24 C.F.R. §3280.308.

28. Both the EPA and the ATSDR have suggested values for safe formaldehyde exposure, which are reproduced below, which values are applicable herein since the FEMA trailers/housing units at issue were intended to be occupied for up to a year and a half by evacuees. *See* 44 C.F.R. § 206.110(e).

| Agency | Standard |
|---|---|
| EPA recognized level at which acute health effects can manifest | 0.1 parts per million (ppm) |
| Agency for Toxic Substances and Disease Registry Minimum Risk Levels (MRL) | 0.04 ppm - short exposures up to 14 days |
| | 0.03 ppm – exposure durations between 15 and 364 days |
| | 0.008 ppm – exposures of 365 days or greater |

*See* Union of Concerned Scientists, Citizens and Scientists for Environmental Solutions, *FEMA Exposes Gulf Coast Residents to Formaldehyde*, Updated on

Dec          19,          2007,          *available*          *at*

http://www.ucsusa.org/scientific_integrity/interference/fema-trailers.html.

29. Manufacturing Defendant(s)' knew or should have known of the health hazards
    inherent in the products it constructed, by familiarity with industry standards, the
    material safety data sheets in its possession, and published medical studies.

30. FEMA's disaster response obligations are delineated in the Robert T. Stafford
    Disaster Relief and Emergency Assistance Act, 42 U.S.C. §4121, et seq. (the
    "Stafford Act").   The Stafford Act outlines two types of temporary housing
    assistance to be made available to eligible, displaced applicants: financial
    assistance and direct services. This aid is sometimes referred to as Section 408
    assistance. This provision was enacted as Public Law 93-288, Title IV, § 408
    (1988). Under the Stafford Act, at 42 U.S.C.A. § 5174, the Executive, through
    FEMA, may provide "direct assistance" in the form of temporary housing units,
    acquired by purchase or lease, directly to individuals or households who,
    because of a lack of available housing resources, would be unable to make use
    of the alternative "financial assistance" provided under subparagraph (c)(1)(A).

31. In order to implement and manage its disaster response obligation and
    temporary housing mandate under the Stafford Act, FEMA engaged No-Bid
    Contracting Defendant(s) with No-Bid contracts, eventually amounting to billions
    of dollars.  The Federal Government also relied on the expertise and knowledge
    of the No-Bid Contracting Defendant(s) to provide information and advice on,
    among other things, the conversion of mobile travel trailers into temporary

housing units for periods up to, and potentially exceeding, eighteen months in duration.

32. No-Bid Contracting Defendant(s) was tasked with the transportation, installation, site identification and preparation of locations and group sites, preparation of infrastructure to handle the units, inspection of the temporary housing units, maintenance and repair, refurbishment and restoration, and the eventual de-installation and removal of the units.

33. Under the terms of their contracts, No-Bid Contracting Defendant(s) was obligated to adhere to all warnings and instructions relating to the temporary housing units as provided and indicated by the manufacturers of same. Further, under their No-Bid contracts with FEMA, No-Bid Contracting Defendant(s) was obligated to advise and instruct FEMA regarding the implementation of those contracts. No-Bid Contracting Defendant(s) failed to properly fulfill either of these tasks.

34. No-Bid Contracting Defendant(s) contracted with FEMA to pick-up and transport the temporary housing units from FEMA-controlled staging areas and deliver them to areas which No-Bid Contracting Defendant(s) was tasked with operating. These new areas included staging areas to be managed and maintained as assigned to one of No-Bid Contracting Defendant(s) or individual locations and addresses where No-Bid Contracting Defendant(s) assigned that temporary housing unit would have obligations to manage and maintain it.

35. To accomplish their contractual obligations with FEMA, in addition to the use of subsidiary companies, No-Bid Contracting Defendant(s) entered into numerous

sub-contracts, but at all times retained supervisory capacity and responsibility under their individual contracts with FEMA.

36. No-Bid Contracting Defendant(s) were tasked under their contracts with FEMA to identify and prepare the infrastructure for the various group site locations. This included, amongst other things, ensuring there would be adequate water, sewage, electricity, etc. No-Bid Contracting Defendant(s) knew or should have known that these preparations were for long-term occupancy of the temporary housing units.

37. Once the temporary housing unit(s) occupied by the plaintiff(s) were transported and delivered to a particular location, No-Bid Contracting Defendant(s) had the responsibility for installing that temporary housing unit. No-Bid Contracting Defendant(s) installed the temporary housing units by "blocking" the unit. This meant raising the plaintiff's unit several feet into the air and off of its wheel base, and setting it on concrete blocks.

38. By blocking the temporary housing unit(s) of each plaintiff, No-Bid Contracting Defendant(s) created stress and flexing on the frames of the unit as it were not designed to be lifted off of the wheel base. In fact, the manufacturers of the temporary housing units warned in the various owners' manuals provided with the units, that units should not be jacked so that the vehicle's weight is no longer supported by the wheels.

39. The stress and flexing of temporary housing units' frames caused by No-Bid Contracting Defendant(s) "blocking" them with weight off of the wheels created

distortion in the travel trailer's shell allowing increased moisture intrusion which contributed to increased formaldehyde exposures.

40. The temporary housing unit(s) occupied by the plaintiff(s) which were provided by FEMA were for the most part travel trailers. The travel trailers are, by definition, mobile. They are designed for and intended for periodic, recreational use and not for long-term habitation. By installing the travel trailers on concrete blocks for extended occupancy, No-Bid Contracting Defendant(s) knowingly and intentionally modified the design and the actual use of these units occupied by the plaintiff(s) by converting them into a temporary housing unit to be used as a residence for long term occupancy in some instances exceeding 18 months.

41. No-Bid Contracting Defendant(s) failed to consult with the manufacturers of the temporary housing units, including Manufacturing Defendant(s), with regard to the installation, warnings, warranty issues or advisability of using travel trailers for long term residence and occupation. No-Bid Contracting Defendant(s) took actions which voided the warranties of the manufacturers and directly created or contributed to unsafe and hazardous living conditions in the temporary housing units.

42. Once the No-Bid Contracting Defendant(s) had completed the transportation, delivery and installation of the temporary housing unit(s) occupied by the plaintiff(s), No-Bid Contracting Defendant(s) was tasked with inspecting each unit to ensure that it was safe and habitable, prior to occupancy by the plaintiff(s). Upon information and belief, No-Bid Contracting Defendant(s) failed to adequately inspect the temporary housing units occupied by the plaintiff(s) to

ensure that the units were safe and suitable for their intended use – the long-term occupancy by individuals and families displaced by hurricanes Katrina and Rita. This failure to properly inspect the units for unsafe or hazardous conditions directly contributed to the adverse health effects suffered by hurricane victims.

43. In addition to transportation, site identification, installation and inspection, the temporary housing units occupied by the plaintiff(s) provided in response to hurricanes Katrina and Rita were also managed, maintained and repaired by one of No-Bid Contracting Defendant(s), or their various subcontractors over whom they maintained direct oversight and responsibility. Upon information and belief, No-Bid Contracting Defendant(s) failed to adequately manage, maintain and repair the temporary housing units which enabled and contributed to the unsafe and hazardous conditions that led to adverse health effects amongst the plaintiff(s).

44. Parallel to their duty to manage, maintain and repair each temporary housing unit No-Bid Contracting Defendant(s) failed to undertake appropriate action, maintenance or repair in response to numerous complaints made by the plaintiff-occupant(s) of the temporary housing units to various adverse health effects caused by exposure to elevated levels of formaldehyde.

45. Following the plaintiffs' occupancy of each temporary housing unit, No-Bid Contracting Defendant(s) was tasked with its de-installation. Upon discovering the deteriorated condition of the temporary housing units at the time of de-installation and removal, No-Bid Contracting Defendant(s) failed to identify the unsuitability of the temporary housing units for long-term occupancy.

46. In addition to de-installation of the temporary housing units, No-Bid Contracting Defendant(s) was tasked with refurbishment and restoration of the temporary housing units for use, either in direct response to hurricanes Katrina and Rita or for use in the future. By restoring and refurbishing these temporary housing units, (*the No-Bid Defendant*) warranted that the units were fit for their intended use, long term occupancy in response to disaster related displacement. By restoring and refurbishing these temporary housing units, (*the No-Bid Defendant*) created and perpetuated existing hazardous conditions which would foreseeably lead to adverse health effects caused by the elevated levels of formaldehyde in the temporary housing units. Further, in thousands of cases, following the restoration and refurbishment, these temporary housing units were immediately occupied by new individuals or families displaced by hurricanes Katrina and Rita, and who were then directly exposed to hazardous levels of formaldehyde.

47. (*the No-Bid Defendant*), at every stage of their involvement, failed to warn the plaintiff-occupant(s) of each temporary housing unit of the potential risk of hazardous and unsafe living conditions due to the presence of elevated levels of formaldehyde – a known human carcinogen – which led directly to adverse health effects, including but not limited to the advent of childhood asthma and the onset of adult asthma in some of the plaintiffs.

48. Through their actions and omissions, (*the No-Bid Defendant*) created and perpetuated a situation wherein occupants of the temporary housing units were exposed to elevated levels of formaldehyde and, as a result, suffered adverse health effects. (*the No-Bid Defendant*) negligently failed to adhere to the

manufacturer instructions and warnings related to: (1) the manufacturers' intended (short-term) use of the temporary housing units; (2) the installation and set-up of the temporary housing units; and (3) the warning that the temporary housing units contained urea formaldehyde resin which would release formaldehyde gas directly into the intended living space.

49. (*the No-Bid Defendant*) failed to warn the occupants of temporary housing unit(s) of the hazardous conditions created by the elevated levels of formaldehyde in the temporary housing units.

50. By restoring and refurbishing the trailer for future habitation, (*the No-Bid Defendant*) improperly and negligently warranted that the units were fit for the intended use of long-term occupancy.

51. Finally, despite these failures, (*the No-Bid Defendant*) received billions of dollars in contracts from FEMA and the United States government, at the expense of the health of the plaintiff-occupant(s) of the temporary housing units who simply had nowhere else to go and who were relying on FEMA and its contractors to keep them safe in the aftermath of the greatest natural disaster in the history of the United States.

52. The Federal Government has been aware for years that formaldehyde is used in certain construction materials used in manufactured housing, has regulated emissions standards for HUD-regulated mobile homes, has, since the hurricanes, adopted the HUD emissions regulations for travel trailer purchase specifications, and has known for over thirty years of the relationship between formaldehyde emissions in indoor environments and health problems associated therewith.

*See* Statement of R. David Paulison, Administrator, Federal Emergency Management Agency, Department of Homeland Security, before the Committee on Oversight and Government Reform, U.S. House of Representatives, July 19, 2007, *available at* http://oversight.house.gov/documents/20070719131219.pdf.

53. Although, as alleged above, FEMA has long been aware of the presence of formaldehyde in certain construction materials used in manufactured housing, including these housing units, and specifically was aware of the published dangers associated with the "out" or "off -gassing" or the gradual release into the atmosphere of formaldehyde, upon information and belief, in March of 2006, a family in Mississippi reported the results of independent testing and health complaints which they related to high levels of formaldehyde.

54. In fact, the Federal Government was conducting initial formaldehyde air sampling of the subject housing units at FEMA staging facilities in Mississippi as early as October 11, 2005 and as late as Jan. 17, 2006. The sampling results showed that the levels detected in nearly every trailer exceeded the ATDSR minimum risk levels associated with exposures up to and exceeding 14 days, that most levels exceeded the EPA recognized level at which acute health effects can manifest, and that several exceeded the OSHA workplace maximum levels. *See* Response of the U.S. Department of Labor, Occupational Safety and Health Administration to Freedom of Information Act Request submitted by a plaintiff herein, November 16, 2007.

55. Nonetheless, even though the Government was actively testing for and aware of the dangerous levels of formaldehyde present in housing units scheduled for

delivery to the Plaintiffs, the Inspector General of the Department of Homeland Security, testifying before the Committee on Homeland Security and Governmental Affairs of the United States Senate, approximated that as of February 13, 2006, a little under six months post-Katrina, 75,000 travel trailers had been delivered to Plaintiffs. *See* Statement of Richard L. Skinner, Inspector General, U.S. Department of Homeland Security Before the Committee on Homeland Security and Governmental Affairs, U.S. Senate, February 13, 2006, *available at* http://www.dhs.gov/xlibrary/assets/Skinner-021306.pdf.

56. The Federal Government also continued to supply the defective and dangerous housing units to the Plaintiffs after March of 2006 .

57. The Federal Government continued to supply the defective and dangerous housing units to the Plaintiffs even though the Sierra Club publicly announced the initiation of its own testing of occupied housing units and, in April of 2006, reported the results which reflected formaldehyde levels above the threshold that the EPA warns can cause acute health effects in humans in 83% of the trailers tested. Union of Concerned Scientists, *supra.*

58. The Federal Government continued to supply the defective and dangerous housing units to the Plaintiffs even though the Federal Government, through FEMA, in March of 2006, conducted formaldehyde testing of unoccupied housing units at the Purvis, Mississippi staging area, and tested and obtained the results of an occupied Mississippi trailer on April 6, 2006, which reflected the presence of formaldehyde at twelve times the EPA's value. Union of Concerned Scientists, *supra*, and Exhibits B (*available at*

http://oversight.house.gov/documents/20070719113015.pdf) and D (*available at* http://oversight.house.gov/documents/20070719113219.pdf) attached thereto.

59. The Federal Government continued to supply the defective and dangerous housing units to the Plaintiffs even though the Federal Government had been notified on a number of occasions in May and June 2006 regarding residents' concerns over formaldehyde emissions in their housing units. Union of Concerned Scientists, *supra*, and Exhibits E (*available at* http://oversight.house.gov/documents/20070719113322.pdf), I (*available at* http://oversight.house.gov/documents/20070719113515.pdf) and M (*available at* http://oversight.house.gov/documents/20070719113728.pdf) attached thereto.

60. While complaints of formaldehyde exposure continued to be reported to the Federal Government and evidence supporting the existence of dangerous levels of formaldehyde present in the housing units was uncovered, the Federal Government intentionally avoided undertaking any comprehensive testing of their own because it wanted to avoid liability for the problem, as stated in emails from the FEMA Office of General Counsel (OGC) in June of 2006, "Do not initiate any testing until we give the OK. While I agree that we should conduct testing, we should not do so until we are fully prepared to respond to the results. Once you get results and should they indicate some problem, the clock is ticking on our duty to respond to them." Another email repeats these concerns, reading "OGC has advised that we do not do testing, which would imply FEMA's ownership of the issue." Union of Concerned Scientists, *supra*, and Supplemental A (various emails *available at* http://oversight.house.gov/documents/20070809120917.pdf)

and Supplemental B (various emails *available at* http://oversight.house.gov/documents/20070809120940.pdf) attached thereto.

61. Named Plaintiffs aver that, even as each Named Plaintiff was being placed at risk in unsafe temporary housing, the Federal Government had reviewed the results of all earlier testing and complaints of formaldehyde associated with the housing units and were actively conferring with one or more of the manufacturers concerning formaldehyde exposure in the housing units and how best to deal with the publicity fall-out as the media reports of same increased.

62. FEMA participated in an inter-agency meeting with the EPA and the Centers for Disease Control and Prevention (CDC) in July of 2006, during which senior EPA officials advised FEMA that the "health base level" for formaldehyde might be much lower than previously expected, with anticipated levels being more than 100 times higher. The discussions during this conference were more "strategic" in nature, with the EPA warning against the "the advisability of testing at all" concerned that the data would have to be released to the public and that the media would characterize the findings in the worst possible light. Union of Concerned Scientists, *supra*, and Exhibit R (various emails *available at* http://oversight.house.gov/documents/20070719114058.pdf) attached thereto.

63. FEMA and EPA senior leadership instead agreed to test ventilation methods on unoccupied trailers. This testing methodology completely failed to simulate the living conditions of a trailer resident, so results, which would not be released for another seven to eight months, were useless for determining a policy to protect trailer residents. This testing was conducted by FEMA and EPA in September

and October of 2006 at a trailer staging area located in Baton Rouge, Louisiana. Union of Concerned Scientists, and Exhibit R attached thereto, *supra*. *See also* Original Health Consultation: Formaldehyde Sampling at FEMA Temporary Housing Units, Agency for Toxic Substances and Disease Registry, Feb 1, 2007, *available* at http://www.atsdr.cdc.gov/HAC/pha/fema_housing_formaldehyde/formaldehyde _report_0507.pdf.

64. This testing methodology did not simulate the living conditions, temperatures, humidities, standard ventilation practices, or timescales at which residents lived in the trailers. It also did not take into account that the trailer building materials continue to emit formaldehyde for four to five years. Union of Concerned Scientists, *supra*.

65. FEMA and FEMA's lawyers purposefully interfered with the design and implementation of the earlier testing of the housing units occupied by the plaintiffs supplied in the wake of the hurricanes in order to avoid legal liability for injuries to Plaintiffs herein as a result of their exposure to formaldehyde. FEMA's activities, which included hiding, manipulating and ignoring the extant science and scientific work and concerns of federal scientists in other agencies, began immediately after FEMA began to receive complaints from trailer residents concerning formaldehyde fumes in 2006. *See* correspondence from U.S. House of Representatives, Committee on Science and Technology, to Michael Chertoff, Secretary, U.S. Department of Homeland Security, January 28, 2008.

66. FEMA further manipulated the governmental testing by involving a little-known office of the CDC, the ATSDR, to analyze the testing data, and explicitly sought to ensure that no long-term exposure considerations would be included in the health consultation by removing the consultation from the normal ATSDR review process so that scientists who had specifically recommended looking at long-term exposure effects were excluded from the review. FEMA did so in order to avoid negative publicity and legal liability in connection with the presence of formaldehyde in the housing units. *See* correspondence from U.S. House of Representatives, Committee on Science and Technology, to Michael Chertoff, January 28, 2008 and to Dr. Howard Frumkin, Director, National Center for Environmental Health/Agency for Toxic Substances and Disease Registry, January 28, 2008.

67. FEMA's manipulation of the data was evidenced in the testing designed and implemented by FEMA through the ATSDR in July of 2006. The testing results of the study showed high levels of formaldehyde in nearly all of the trailers, yet the ATSDR, at FEMA's urging, did not use as its "level of concern" its own exposure limit of 0.008 ppm for 365 days or more, but arbitrarily chose a limit of 0.3 ppm as its "level of concern," a level nearly 400 times the ATSDR's annualized exposure limit. Yet even applying this "level of concern," the average sampling results still were higher. *See* THE SERIOUS PUBLIC HEALTH ISSUES RESULTING FROM FORMALDEHYDE EXPOSURES WITHIN FEMA TRAVEL TRAILERS ISSUED HURRICANE DISASTER VICTIMS, AND RECOMMENDED ACTION ITEMS, Testimony of Mary C. DeVany before the Committee on Oversight and Government Reform, U.S.

House of Representatives, July 19, 2007, at 7, *available at* http://oversight.house.gov/documents/20070719102502.pdf.

68. Indeed, in testimony before Congress, independent industrial hygienist Mary DeVany described the FEMA testing and analysis process by stating "All I can say, in my professional opinion, is that they did this in order to minimize the actual extent of the problems in these trailers. I have no other conclusion I can draw... I think it was a complete violation of our professional code of ethics." Oral testimony of Mary C. DeVany before the House Committee on Oversight and Governmental Reform. July 19, 2007 at 107-108 of the full hearing transcript, *available at* http://oversight.house.gov/documents/20071114164004.pdf.

69. On March 17, 2007, Dr. Mark Klein, of the ATSDR, at the direction of Dr. Frumkin, sent a letter to FEMA's counsel advising, as had Dr. DeRosa, that the February Health Consultation was "possibly misleading and a threat to public health" for failure to disclose the carcinogenic status of formaldehyde and that there are no safe exposure levels.

70. Despite this information, FEMA and the ATSDR did not revise the original Health Consultation until October of 2007 to include the warning that the original Health Consultation "did not sufficiently discuss the health implications of formaldehyde exposure and included language that may have been unclear, leading to potentially incorrect or inappropriate conclusions." *See* An Update and Revision of ATSDR's February 2007 Health Consultation: Formaldehyde Sampling of FEMA Temporary-Housing Trailers; Baton Rouge, Louisiana, September-

October,                    2006,                    *available*                    *at*

http://www.atsdr.cdc.gov/substances/formaldehyde/public_assessment.html.

71. The Federal Government, through FEMA, deliberately ignored and/or rejected objective, scientific standards in the design and implementation of its testing procedures, which resulted in the prolongation of the Plaintiffs' exposure to dangerous levels of formaldehyde in the housing units, and causing them serious injuries.

72. It was not until December of 2007 that the Federal Government initiated testing of occupied housing units. Apparently, FEMA requested the CDC to conduct testing of a random sample of 519 housing units in Louisiana and Mississippi between December 21, 2007 and January 23, 2008, the stated purpose of which was to assess levels of formaldehyde in indoor air occupied FEMA-supplied housing units. *See* Statement of Howard Frumkin, M.D., DrPH, Director, National Center for Environmental Health/Agency for Toxic Substances and Disease Registry, Centers for Disease Control and Prevention, U. S. Department of Health and Human Services, CDC's RESPONSE TO HEALTH CONCERNS RELATED TO FEMA-PROVIDED TRAVEL TRAILERS AND MOBIL HOMES IN THE GULF COAST REGION, March 4, 2008, at 1, 3-4.

73. The CDC testing revealed the following important findings: (1) the formaldehyde levels were higher than typical levels of U.S. indoor exposure in single-family homes and apartments; (2) levels ranged from 3 parts per billion (ppb) to 590 ppb, with the average levels in all units measuring 77 ppb, the latter being higher than U. S. background levels in single-family homes and apartments; (3) the

levels recorded in many of the units could affect the occupants' health; (4) the contemporary measured levels are likely to under-represent long-term exposures because formaldehyde levels tend to be higher in newer housing units and during warmer weather; (5) higher indoor temperatures were associated with higher formaldehyde levels, independent of unit make or model; and, (6) formaldehyde levels varied by type of housing unit (mobile home, park model, and travel trailer), but all types tested had elevated levels compared to the data on single-family homes and apartments. *Id.* at 4.

74. The CDC's recommendations as a result of this testing included the following: (1) move quickly to relocate residents before the weather in the region warms up; (2) FEMA and the CDC to consider establishment of a registry to conduct long-term health monitoring of children and others who resided in FEMA- provided housing units in the Gulf Coast Region; (3) families still living in FEMA-provided housing units should spend as much time outdoors as possible and maintain the temperature inside the units at the lowest comfortable level as well as ventilate the unit; and, (4) establish available construction practices which could assure safe and healthy conditions. *Id.* at 5-6, 11.

75. As a result of this round of testing, the Federal Government implemented a program which essentially entails removing the remaining residents from the subject housing units and placing them into other, safe, forms of housing. The Federal Government's action in this regard was the result of pressure imposed on it to act through various Congressional investigations into the Government's

implementation of the "direct assistance" program under the Stafford Act, this litigation, and media coverage.

76. The Federal Government's actions with regard to these plaintiffs in response to the early reports of formaldehyde emissions, hiding, manipulating and ignoring the extant science and scientific work and concerns of federal scientists in other agencies regarding its testing protocols and its public obfuscation of testing results, are not the kind of actions which involve decisions grounded in social, economic, or political policy. Rather, the Federal Government's actions and decisions were all made with a view toward avoiding negative publicity and legal liability.

77. Additionally and/or in the alternative the Federal Government ignored, avoided and simply failed to adhere to and apply accepted professional and scientific standards in addressing and/or removing the health hazards posed by formaldehyde emissions in the housing units it provided.

### COUNT 1:
### STRICT PRODUCTS LIABILITY
### MS CODE ANNOTATED § 11-1-63

**PRODUCTS LIABILITY: DEFECTIVE MANUFACTURING AND DESIGN**

78. Manufacturing Defendant(s), at the time that each subject housing unit left its control, knew or should have known that each product was defective because it deviated in a material way from the manufacturers' specifications or from otherwise identical units manufactured to the same manufacturing specifications.

79. Manufacturing Defendant(s) knew or should have known that the defective condition rendered each subject housing unit unreasonably dangerous to the user or consumer or others; and

80. The defective and unreasonably dangerous condition of each product (the failure of the subject housing units to be safely habitable without exposure to formaldehyde) proximately caused the damages and injuries sustained by each Named Plaintiff.

81. At the time the subject housing units left the control of Manufacturing Defendant(s), each subject housing unit did not contain properly selected prepared and installed components.

82. At all relative times, each Named Plaintiff lacked actual or constructive knowledge of the defective condition of their respective housing units and that each defective product was inconsistent with their safety.

83. At all relevant times, each Named Plaintiff did not appreciate the danger of their housing unit's defective condition.

84. At all relevant times, each Named Plaintiff did not deliberately and voluntarily choose to expose themselves to this danger in such a manner to register assent to the continuance of the dangerous condition.

85. Each subject housing unit in question failed to function as expected as a result of their design characteristics.

86. An alternative design existed at the time that each housing unit left the control of Manufacturing Defendant(s) which would have not impaired the product's usefulness or desirability.

87. The alternative design would have to a reasonable probability prevented the toxic exposure of each Named Plaintiff.

## PRODUCTS LIABILITY: FAILURE TO WARN

88. Each products (housing unit) was defective because it failed to contain adequate warnings or instructions.

## PRODUCTS LIABILITY: BREACH OF EXPRESS WARRANTY

89. Each product (housing unit) breached an express warranty and/or failed to conform to other express factual representations upon which the claimant justifiably relied in electing to use this product.

## COUNT 2:
## NEGLIGENCE OF NO-BID CONTRACTOR DEFENDANT UNDER MISSISSIPPI LAW

90. Each Named Plaintiff incorporates the above allegations as if fully repeated verbatim herein.

91. At all relevant times No-Bid Contracting Defendant(s)  was tasked with the transportation, installation, site identification, preparation, inspection, maintenance and repair, refurbishment and restoration, and removal of the temporary housing units, which caused the Plaintiffs' injuries.

92. No-Bid Contracting Defendant(s) owed a duty to each Named Plaintiff to provide, transport, install, inspect, maintain, repair, refurbish, recondition and restore safe temporary housing units that did not emit hazardous levels of formaldehyde.

93. No-Bid Contracting Defendant(s) knew or should have known when they provided, transported, installed, inspected, maintained, repaired, refurbished, reconditioned and restored the temporary housing units to the general public

28

(thereby modifying and converting the mobile units into residential installations) the actual and intended use of the temporary housing units by each plaintiff, and that the temporary housing units would be used in the manner that each plaintiff herein used the temporary housing units.

94. No-Bid Contracting Defendant(s) breached their duty to each Named Plaintiff in failing to act reasonably in the provision, installation, inspection, maintenance, repair, refurbishment, reconditioning and restoration of the temporary housing units; specifically by:

    a. Failing to sufficiently warn the plaintiffs of the inherently dangerous properties or the foreseeable conditions of the temporary housing units when used for long term occupancy;

    b. Failing to adhere to the manufacturers' warnings against jacking the temporary housing units off the wheel base by "blocking" the units;

95. No-Bid Contracting Defendant(s) actions were the proximate cause of the increased exposure of formaldehyde to the each Named Plaintiff.

96. No-Bid Contracting Defendant(s) contributed to and exacerbated the adverse health impacts upon the residents of the temporary housing units.

## COMPENSATORY DAMAGES

97. In addition to and by way of summarizing the compensatory damages prayed for herein, each Named Plaintiff avers that the defendants, (*Named Manufacturer)*, as well as No-Bid Contracting Defendant(s), individually and/or jointly are responsible for all damages which each Named Plaintiff herein has suffered and

continues to suffer as a consequence of defendants' acts and/or omissions as pled herein, which damages include, but are not limited to, past and future physical injuries, past and future mental and physical pain and suffering, past and future physical impairments and disability, past and future reasonable and necessary medical expenses, past and future loss of earning capacity, past and future loss of enjoyment and quality of life and other damages and injuries, loss of consortium, and loss of use and/or opportunity to use safe and adequate shelter during the period of displacement from a natural disaster, as well as, all general, special, incidental and consequential damages as shall be proven at the time of trial.

98. The damages sought herein by Named Plaintiffs on behalf of deceased family members were caused by decedent's exposure to formaldehyde as set forth herein, which damages include, but are not limited to, those available to Named Plaintiffs in wrongful death and survival actions, including loss of society, loss of support, survivor's grief, and incidental damages such as funeral and burial expenses.

## PUNITIVE / EXEMPLARY DAMAGES

99. Pursuant to Miss. Code Ann. § 11-1-65, inasmuch as the conduct of Manufacturing Defendant(s), and/or No-Bid Contracting Defendant(s) and their servant/employees constitutes willful, wanton, egregious and reckless disregard for the rights and safety of the plaintiffs, an award of punitive damages is appropriate and necessary under these facts.

## REQUEST FOR JURY TRIAL

Each Named Plaintiff is entitled to and demands a trial by jury.

## PRAYER FOR RELIEF

WHEREFORE, the Named Plaintiffs pray that Manufacturing Defendant(s) and No-Bid Contracting Defendant(s), be served with a copy of this Complaint, and that, after due proceedings:

1. there be a judgment herein in favor of each Named Plaintiff and against Defendants for all compensatory damages and punitive damages together will legal interest thereon from the date of judicial demand until paid, all costs and expenses of these proceedings, and attorneys' fees, declaring that the defendants are liable for all applicable damages and thereafter;

2. there be specially included in the judgment in each Named Plaintiffs' favor, provisions for the following damages and relief as found applicable and supported by the evidence:

   a.  past and future physical injuries,

   b.  past and future mental and physical pain and suffering,

   c.  past and future physical impairments and disability,

   d.  past and future reasonable and necessary medical expenses,

      e.      past and future loss of earning capacity,

      f.      past and future loss of enjoyment and quality of life,

      g.      loss of consortium and/or society,

      h.      compensable out-of-pocket expenses related to defendants' wrongdoing, and

      i.      costs of court,

      j.      punitive damages,

3.   all other general, equitable, and further relief as the Court may deem just and proper.

Respectfully submitted,

**Trial Attorney in Charge for Plaintiffs**
**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi
Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi
Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ROBERT C. HILLIARD**
Texas State Bar No. 09677700
Southern District of TX
Federal ID No.  5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX
Federal ID No. 4647
WATTS HILLIARD, LLC
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone:  (800) 994-0019
Facsimile:  (361) 882-1261

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
WATTS HILLIARD, LLC
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana
Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650
**ATTORNEYS FOR PLAINTIFFS**

# Exhibit A

869

**Plaintiff** Najee Wells-Thompson (213263)          **Address** 16728 Horace Wells Rd  Moss Point, MS 39562

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Elizabeth White (213267)          **Address** 25063 Road 302  Kiln, MS 39556

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Sherry Yarborough (213295)          **Address** P.O. Box 194  Lakeshore, MS 39558

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Steven Lafontaine (213327)          **Address** 801 Sycamore Street  Waveland, MS 39576

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Franklin Pham (213408)          **Address** 17387 Hwy 15  Saucier, MS 39574

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Lieu Duong (213409)          **Address** 17387 Hwy 15  Saucier, MS 39574

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Thuan Nguyen (213420)          **Address** 520 Roy Street  Biloxi, MS 39530

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Dan Doan (213421)          **Address** 520 Roy Street  Biloxi, MS 39530

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

# Exhibit A

**Plaintiff** Richard Bourn (213545)          **Address** 3021 Roberson Road  Bay St. Louis, MS 39520

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Timothy Campbell (213759)          **Address** 33 Hickory Lane  Carriere, MS 39426

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Michal Spiers (213761)          **Address** 26360 Standard Dedeaux Rd.  Kiln, MS 39556

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Tiffany Barnette (213763)          **Address** 26360 Standard Dedeaux Rd.  Kiln, MS 39556

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Jennifer Lafontaine (213784)          **Address** 801 Sycamore Street  Waveland, MS 39576

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Dinette Ladner (213798)          **Address** 2380 Rockyhill Dedeaux Road  Kiln, MS 39571

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Ladonna Lafontaine (213871)          **Address** 5058 Spiers Dr.  Bay St. Louis, MS 39520

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Kermit Lafontaine (213934)          **Address** 9062 Road 556  Bay St. Louis, MS 39520

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

# Exhibit A

**Plaintiff** Steven Fricke (213939)  **Address** P.O. Box 353  Lakeshore, MS 39558

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Agnes Necaise (213940)  **Address** 3033 Roberson Road  Bay St. Louis, MS 39520

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Desmond Nelson (213973)  **Address** 522 Bookter Street  Bay St. Louis, MS 39520

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Lina Nguyen (214022)  **Address** 342 Trawler Ln #B  Biloxi, MS 39530

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Long Nguyen (214025)  **Address** 52 Lakeview Dr.  Ocean Springs, MS 39564

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Mau Nguyen (214029)  **Address** 314 4th St.  Biloxi, MS 39530

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Phung Nguyen (214041)  **Address** 52 Lake View Drive  Ocean Springs, MS 39564

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Tap Nguyen (214055)  **Address** 327 Oak Street  Biloxi, MS 39530

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

# Exhibit A

**Plaintiff** Thien Nguyen (214064)         **Address** 52 Lakeview Dr.  Ocean Springs, MS 39564

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

**Plaintiff** Tuan Nguyen (214075)         **Address** P.O. Box 6993  D'Iberville, MS 39540

**Defendants**
> Forest River, Inc.
> CH2M Hill Construction, Inc

---

**Plaintiff** Sen Ngo (214083)         **Address** 506 Wink St.  Biloxi, MS 39530

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

**Plaintiff** Ann Nguyen (214087)         **Address** 295 Bay View Avenue  Biloxi, MS 39530

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

**Plaintiff** Chien Nguyen (214089)         **Address** 327 Oak Street  Biloxi, MS 39530

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

**Plaintiff** Dai Nguyen (214092)         **Address** 52 Lakeview Dr.  Ocean Springs, MS 39564

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

**Plaintiff** Dao Nguyen (214096)         **Address** 2376 Trafalgar Drive  Biloxi, MS 39531

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

---

**Plaintiff** Do Nguyen (214098)         **Address** P.O. Box  583  Biloxi, MS 39533

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

# Exhibit A

**Plaintiff** Gan Nguyen (214107)                    **Address** 295 Bay View Avenue  Biloxi, MS 39530

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Gong Nguyen (214109)                   **Address** 6720 Southwind Drive  Biloxi, MS 39532

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Ho Nguyen (214114)                     **Address** 295 Bay View Avenue  Biloxi, MS 39530

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Albert Necaise (214189)                **Address** P.O. Box 464  Kiln, MS 39556

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Brenda Marx (214198)                   **Address** 4524 Tram Rd.  Moss Point, MS 39563

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Geraldine McKay (214228)               **Address** 300 Saint Francis Street  Bay St Louis, MS 39520

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Kim Le (214250)                        **Address** 7300 Southwind Drive  Biloxi, MS 39532

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Phuong Mai (214298)                    **Address** 6720 Southwind Drive  Biloxi, MS 39532

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

# Exhibit A

**Plaintiff** Ngo Huynh (214382)        **Address** 506 Wink St.  Biloxi, MS 39530

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** John Garrison (214586)      **Address** 4810 Lanier Ave.  Pascagoula, MS 39581

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Dorothy Domio (214623)    **Address** 8143 Georgia Ave.  Gulfport, MS 39501

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Amy Cochran (214653)      **Address** 119 Produce Road  Lucedale, MS 39452

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Garrett Conn (214668)      **Address** 140 Leopold St.  Bay St. Louis, MS 39520

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Niny Baker (214753)       **Address** 240 Sycamore Street  Bay St. Louis, MS 39520

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Theodore Baker (214754)    **Address** 240 Sycamore Street  Bay St. Louis, MS 39520

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Bich Bui (214822)        **Address** P.O. Box  583  Biloxi, MS 39533

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

# Exhibit A

**Plaintiff** Canh Bui (214823)                    **Address** 314 4th St.  Biloxi, MS 39530

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Jordan Caraviello (214843)            **Address** 4106 Emerson St.  Pascagoula, MS 39581

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Christian Domio (214863)              **Address** 8143 Georgia Ave.  Gulfport, MS 39501

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Howard O'Gwin (214882)               **Address** 630 Elaine St.  Waveland, MS 39576

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Howard O'Gwin (214883)               **Address** 630 Elaine St.  Waveland, MS 39576

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Benjamin O'Gwin (214884)             **Address** 630 Elaine St.  Waveland, MS 39576

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Cathy O'Gwin (214885)                **Address** 630 Elaine St.  Waveland, MS 39576

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Ninon Peterson (214920)              **Address** P.O. Box 464  Kiln, MS 39556

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

# Exhibit A

**Plaintiff** Charles Richardson (214977)          **Address** 4737 Adams St.  Moss Point, MS 39563

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Shirley Rogers (215003)          **Address** 24184 Standard Dedeaux Rd.  Kiln, MS 39556

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Cecil Rogers (215005)          **Address** 24184 Standard Dedeaux Rd.  kiln, MS 39556

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** James Shepherd (215042)          **Address** 1010 Buena Vista  Pascagoula, MS 39567

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Nita Shepherd (215051)          **Address** 1010 Buena Vista  Pascagoula, MS 39567

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Shelby Shepherd (215058)          **Address** 1010 Buena Vista  Pascagoula, MS 39567

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Kenneth Shipman (215063)          **Address** P.O. Box 604  Kiln, MS 39556

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Shirley Shipman (215065)          **Address** P.O. Box 604  Kiln, MS 39556

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

# Exhibit A

**Plaintiff** Kenneth Shipman (215066)                    **Address** P.O. Box 604  Kiln, MS 39556

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Patricia Smith (215076)                    **Address** 4737 Adams St.  Moss Point , MS 39563

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Hai Tran (215148)                    **Address** 289 3rd. St.  Biloxi, MS 39530

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Nghia Tran (215155)                    **Address** 420 Division Street  Biloxi, MS 39530

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Hue Vu (215216)                    **Address** 52 Lakeview Dr.  Ocean Springs, MS 39564

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Patricia  Bosarge (215337)                    **Address** 9245 Cuandet Rd.  Apt 231  Gulfport, MS 39503

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Lisa Bennett (215430)                    **Address** 7030 Shad Lane  Perkinston, MS 39573

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Carol Casenave (215502)                    **Address** 1102 Brookdale Drive  Picayune, MS 39466

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

# Exhibit A

**Plaintiff** Lisa Catalanotto (215504)     **Address** 1909 Daniels Road  Picayune, MS 39466

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Karen Chevis (215514)     **Address** 128 Sycamore Street  Bay St Louis, MS 39520

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Latoya Davis (215552)     **Address** 125 Greenview Drive  Picayune, MS 39466

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Sarah Greely (215628)     **Address** P.o. Box 266  Nicholson, MS 39463

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Richard Hawkins (215658)     **Address** 905 Clover Circle  Picayune, MS 39466

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Miranda Hoda (215669)     **Address** 20005 Deerwood Rd.  Kiln, MS 39556

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Eddie Jenkins (215683)     **Address** 1102 Brookdale Drive  Picayune, MS 39466

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Evette Jenkins (215685)     **Address** 1102 Brookdale Drive  Picayune, MS 39466

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

# Exhibit A

**Plaintiff** Kizzie Jenkins (215689)  **Address** 1102 Brookdale Drive  Picayune, MS 39466

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Lucilla Jenkins (215691)  **Address** 1102 Brookdale Drive  Picayune, MS 39466

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Shoneen Kendrick (215709)  **Address** 29 Henry Hann Rd.  Picayune, MS 39466

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Thomas Ladner (215726)  **Address** 5346 Courtney Ave.  Pass Christian, MS 39571

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** James Lee (215743)  **Address** 204 South Haynes Street  Poplarville, MS 39470

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Rheba Lee (215744)  **Address** 204 South Haynes Street  Poplarville, MS 39470

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Brandon Nixon (215851)  **Address** 2320 Cousin Street  Picayune, MS 39466

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Donald Nixon (215858)  **Address** 2320 Cousin Street  Picayune, MS 39466

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

# Exhibit A

| **Plaintiff** Mary Nixon (215864) | **Address** 273 Dorries st.  Bilox, MS 39530 |

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Bobby Oglesby (215876)         **Address** 314 Baltic Street  Waveland, MS 39576

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Edward Parker (215882)         **Address** 708 Bennett Street  Picayune, MS 39466

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Eugene Patrick (215886)         **Address** 317 N. Gree Ave  Picayune, MS 39466

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Sherry Perkins (215892)         **Address** 314 Baltic Street  Waveland, MS 39576

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Eugene Porter (215904)         **Address** 27130 Bull Creek Drive E.  Perkinston, MS 39573

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Lucy Preston (215905)         **Address** 125 Greenview Drive  Picayune, MS 39466

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Mary Ratcliff (215914)         **Address** 913 3rd St.  Picayune, MS 39466

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

# Exhibit A

**Plaintiff** Dustin Schaefer (215951)        **Address** 1909 Daniels Road  Picayune, MS 39466

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Megan Spiers (215995)        **Address** 7030 Shad Lane  Perkinston, MS 39573

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Frank Spivey (215996)        **Address** P.O. Box  71  Carriere, MS 39426

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** James Thompson (216032)        **Address** 5450 Rocky Hill Dedeaux Rd.  Kiln, MS 39556

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Thu Tran (216044)        **Address** 174 Rosetti St.  Biloxi, MS 39530

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Beatrice Valentine (216051)        **Address** 4053 Rose Street  Moss Point, MS 39563

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Fred Valentine (216053)        **Address** 4053 Rose Street  Moss Point, MS 39563

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Rita Vance (216054)        **Address** 5346 Courtney Ave.  Pass Christian, MS 39571

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

# Exhibit A

**Plaintiff** Emma Williams (216088)   **Address** 104 Northa Huge Street  Poplarville, MS 39470

**Defendants**
　　Forest River, Inc.
　　Bechtel National, Inc

---

**Plaintiff** Janeshia Williams (216090)   **Address** 1422 Lafayette Lane  Picayune, MS 39466

**Defendants**
　　Forest River, Inc.
　　Bechtel National, Inc

---

**Plaintiff** Danny Daniels (216436)   **Address** P.O. Box  5344  Moss Point, MS 39563

**Defendants**
　　Forest River, Inc.
　　Bechtel National, Inc

---

**Plaintiff** Danny Daniels, as Representative of the   **Address** P.O. Box  5344  Moss Point, MS 39563
Estate of Brenda Daniels, deceased
**Defendants**
　　Forest River, Inc.
　　Bechtel National, Inc

---

**Plaintiff** Durrell Galloway (216497)   **Address** 104 North Hughes St.  Poplarville, MS 39470

**Defendants**
　　Forest River, Inc.
　　Bechtel National, Inc

---

**Plaintiff** Jennifer Galloway (216498)   **Address** 104 North Huges St.  Poplarville, MS 39470

**Defendants**
　　Forest River, Inc.
　　Bechtel National, Inc

---

**Plaintiff** Harold Hutto (216596)   **Address** 2836 Flounder Circle  Gautier, MS 39553

**Defendants**
　　Forest River, Inc.
　　Bechtel National, Inc

---

**Plaintiff** Tammy Hutto (216597)   **Address** 3101 Neptune Drive  Gautier, MS 39553

**Defendants**
　　Forest River, Inc.
　　Bechtel National, Inc

# Exhibit A

**Plaintiff** Bobby Mayes (216720)          **Address** 410 Pine Street  Lumberton, MS 39455

**Defendants**
   Forest River, Inc.
   CH2M Hill Construction, Inc

---

**Plaintiff** Julie Mayes (216721)          **Address** 410 Pine Street  Lumberton, MS 39455

**Defendants**
   Forest River, Inc.
   CH2M Hill Construction, Inc

---

**Plaintiff** Kristal Mayes (216722)          **Address** 410 Pine Street  Lumberton, MS 39455

**Defendants**
   Forest River, Inc.
   CH2M Hill Construction, Inc

---

**Plaintiff** Marisa Moran (216774)          **Address** 6029 Sportsman Lake Club Road  Bay St Louis, MS 39520

**Defendants**
   Forest River, Inc.
   Bechtel National, Inc

---

**Plaintiff** Roosevelt Poole (216830)          **Address** 10 Burton Road  Poplarville, MS 39470

**Defendants**
   Forest River, Inc.
   Bechtel National, Inc

---

**Plaintiff** Dominique Poole (216831)          **Address** 10 Burton Road  Poplarville, MS 39470

**Defendants**
   Forest River, Inc.
   Bechtel National, Inc

---

**Plaintiff** Alice Rogerson (216871)          **Address** 32064 Old Bouie  Carriere, MS 39426

**Defendants**
   Forest River, Inc.
   Bechtel National, Inc

---

**Plaintiff** Janna Schneider (216904)          **Address** 7641 Hancock Drive  Bay St Louis, MS 39520

**Defendants**
   Forest River, Inc.
   Bechtel National, Inc

# Exhibit A

**Plaintiff** Kiona Smith (216919)                    **Address** 9245 Cuandet Rd. Apt #171  Gulfport, MS 39503

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Davie Smith (216929)                    **Address** P.O. Box 4036  Bay St Louis, MS 39521

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Jacqueline Tryvulski (217008)           **Address** 142 Philip Drive Apt 142  Waveland, MS 39576

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Erick Villalta (217025)                 **Address** 142 Philip Drive  Waveland, MS 39576

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Robert Williams (217052)                **Address** P.O. Box 2124  Bay St. Louis, MS 39521

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Mary Williams (217053)                  **Address** P.O. Box 2124  Bay St. Louis, MS 39521

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Andrew Williams (217056)                **Address** 104 North Huge St.  Poplarville, MS 39470

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Betty Adams (220006)                    **Address** 810 43rd Ave.  Gulfport, MS 39501

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

# Exhibit A

**Plaintiff** David Adams (220007)          **Address** 810 43rd Ave.  Gulfport, MS 39501

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Jeremiah Armstong (220010)          **Address** 5118 Potomac Drive  Pascagoula, MS 39581

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Sernella Armstrong (220011)          **Address** 5118 Potomac Drive  Pascagoula, MS 39581

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Jeremiah Armstrong (220012)          **Address** 5118 Potomac Drive  Pascagoula, MS 39581

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Pamela Bosarge (220051)          **Address** 3584 Mackeral Drive  Gautier, MS 39553

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Joseph Carambat (220065)          **Address** 418 Waveland  Waveland, MS 39576

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Robert Gasaway (220148)          **Address** 3584 Mackeral Drive  Gautier, MS 39553

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Raymond Jones (220248)          **Address** 18 Crooked Lane  Carriere, MS 39426

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

# Exhibit A

**Plaintiff** Kendrick Ladner (220264)　　**Address** 13208 Edwin Ladner Road  Pass Christian, MS 39571

**Defendants**
　　Forest River, Inc.
　　Bechtel National, Inc

---

**Plaintiff** Lisa Ladner (220265)　　**Address** 13208 Edwin Ladner Road  Pass Christian, MS 39571

**Defendants**
　　Forest River, Inc.
　　Bechtel National, Inc

---

**Plaintiff** Roxanna Lee (220282)　　**Address** 988 Bouie Road  Carriere, MS 39426

**Defendants**
　　Forest River, Inc.
　　Bechtel National, Inc

---

**Plaintiff** Taylor Lee (220283)　　**Address** 988 Bouie Road  Carriere, MS 39426

**Defendants**
　　Forest River, Inc.
　　Bechtel National, Inc

---

**Plaintiff** Virgil Lee (220284)　　**Address** 988 Bouie Road  Carriere, MS 39426

**Defendants**
　　Forest River, Inc.
　　Bechtel National, Inc

---

**Plaintiff** Jerry Magee (220294)　　**Address** 115 Carver Dr.  Picayune, MS 39466

**Defendants**
　　Forest River, Inc.
　　Flour Enterprises, Inc

---

**Plaintiff** Karen Moody (220323)　　**Address** 905 Clover Circle  Picayune, MS 39466

**Defendants**
　　Forest River, Inc.
　　Bechtel National, Inc

---

**Plaintiff** Kevin Myers (220332)　　**Address** 2209 Megehee Street  Picayune, MS 39466

**Defendants**
　　Forest River, Inc.
　　Bechtel National, Inc

# Exhibit A

**Plaintiff** Jeremy Patrick (220366)                **Address** 2209 Megehee St.  Picayune, MS 39466

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Lisa Patrick (220368)                **Address** 2209 Megehee Street  Picayune, MS 39466

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Florilla Poole (220392)                **Address** 5737 McDonald Circle  Moss Point, MS 39562

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Leroy Poole (220393)                **Address** 5737 McDonald Circle  Moss Point, MS 39562

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Irvin Richardaon (220406)                **Address** 2209 Megehee Street  Picayune, MS 39466

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Hope Smith (220441)                **Address** 108 Santiago Lane  Waveland, MS 39576

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Mary Smith (220446)                **Address** 89 E Caney Ford Road  Poplarville, MS 39470

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Ricky Smith (220449)                **Address** 56 Earl Smith  Poplarville, MS 39470

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

# Exhibit A

**Plaintiff** Scotty Smith (220451)                 **Address** 89 E Caney Ford Road  Poplarville, MS 39470

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Christopher Speir (220454)                 **Address** 4 Logan & Mason Ln  Carriere, MS 39426

**Defendants**
    Forest River, Inc.
    CH2M Hill Construction, Inc

---

**Plaintiff** Stephanie Speir (220457)                 **Address** 4 Logan and Mason Lane  Carriere, MS 39426

**Defendants**
    Forest River, Inc.
    CH2M Hill Construction, Inc

---

**Plaintiff** Angela Thompson (220478)                 **Address** 108 Santiago Lane  Waveland, MS 39576

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Betty Adams, as Representative of the
Estate of Mattie Zimmerebner,                 **Address** 814 43rd Ave.  Gulfport, MS 39501

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Deborah Zoerner (220536)                 **Address** 7107 Sunflower Street  Bay St Louis, MS 39520

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Katie Zoerner (220539)                 **Address** 6051 W Benton  Bay St Louis, MS 39520

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Michael Zoerner (220540)                 **Address** 7107 Sunflower Street  Bay St Louis, MS 39520

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

# Exhibit A

**Plaintiff** Arthur Bassett (221615)          **Address** 606 Old Spanish Trail  Waveland, MS 39576

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Debra Badon (221622)          **Address** 6011 Sportsman Lake Rd.  Bay St. Louis, MS 39520

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Shelley Dedeaux (221631)          **Address** 243 Citizen St  Bay St. Louis, MS 39520

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Clois Dedeaux (221632)          **Address** 243 Citizen St  Bay St. Louis, MS 39520

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Kevin Garcia (221642)          **Address** 6011 Sportsman Lake Rd.  Bay St. Louis, MS 39520

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Ronald Lightell (221659)          **Address** 1541 Blue Meadow  Bay Saint Louis, MS 39520

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Sylia Mark (221663)          **Address** 2 Quail Hollow  Carriere, MS 39426

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Marilyn Milligan (221666)          **Address** 631 Dina Dr  Diberville, MS 39540

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

# Exhibit A

**Plaintiff** Martha Moore (221667)　　　　**Address** 1541 Blue Meadow  Bay Saint Louis, MS 39520

**Defendants**
　　　　Forest River, Inc.
　　　　Bechtel National, Inc

---

**Plaintiff** Wayne Morlier (221668)　　　　**Address** 10062 Quail Way  Bay Saint Louis, MS 39520

**Defendants**
　　　　Forest River, Inc.
　　　　Bechtel National, Inc

---

**Plaintiff** Wayne  Morlier, as Representative of　　**Address** 10062 Quail Way  Bay Saint Louis, MS 39520
the Estate of Joyce Morlier, deceased
**Defendants**
　　　　Forest River, Inc.
　　　　Bechtel National, Inc

---

**Plaintiff** Bonnie Morlier (221670)　　　　**Address** 10062 Quail Way  Bay Saint Louis, MS 39520

**Defendants**
　　　　Forest River, Inc.
　　　　Bechtel National, Inc

---

**Plaintiff** Lawrence Fields (221774)　　　　**Address** P. O. Box 3478  Bay St. Louis, MS 39571

**Defendants**
　　　　Forest River, Inc.
　　　　Bechtel National, Inc

---

**Plaintiff** Betty Fields (221775)　　　　**Address** P.O. Box  3478  Bay St. Louis, MS 39521

**Defendants**
　　　　Forest River, Inc.
　　　　Bechtel National, Inc

---

**Plaintiff** Natalie Fields (221776)　　　　**Address** P.O. Box  3478  Bay St. Louis, MS 39521

**Defendants**
　　　　Forest River, Inc.
　　　　Bechtel National, Inc

---

**Plaintiff** Valarie Garry (221788)　　　　**Address** 5212 Rue St Denise  Gautier, MS 39553

**Defendants**
　　　　Forest River, Inc.
　　　　Bechtel National, Inc

---

# Exhibit A

**Plaintiff** Thomas Gazzo (221791)          **Address** 194 Hosie St  Biloxi, MS 39530

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Benny McCollister (221831)          **Address** 755 Blue Meadow  Bay St. Louis, MS 39520

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Jeanne McCollister (221832)          **Address** 755 Blue Meadow Rd  Bay St. Louis, MS 39520

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Whitney McDowell (221834)          **Address** 1500 Bogan Circle Apt. F2 Picayune, MS 39466

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Joyce Phillips (221852)          **Address** 3414 Sumedinger Street  Pascagoula, MS 39581

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Richie Robbins (221859)          **Address** 3414 Sumedinger Street  Pascagoula, MS 39581

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Arlicia Robbins (221860)          **Address** 3414 Sumedinger Street  Pascagoula, MS 39581

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Erica Stojic (221879)          **Address** 6502 Dommyline road  Picayune, MS 39466

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

# Exhibit A

**Plaintiff** Eric Thompson (221885)      **Address** 3414 Sumedinger Street  Pascagoula, MS 39581

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Christopher Ballard (221910)      **Address** 4725 Hilma Street  Moss Point, MS 39563

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Seketha Ballard (221912)      **Address** 4725 Hilma Street  Moss Point, MS 39563

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Dejuante Bullock (221941)      **Address** 286 Bowen Street  Biloxi, MS 39530

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Lance Davis (221991)      **Address** 7077 Warren Street  Bay Saint Louis, MS 39520

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Mary Errin (222019)      **Address** 286 Bowen Street  Biloxi, MS 39530

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Melissa Hamilton (222055)      **Address** 512 Garden Lane  Waveland, MS 39576

**Defendants**
    Forest River, Inc.
    CH2M Hill Construction, Inc

---

**Plaintiff** James Hamilton (222056)      **Address** 512 Garden lane  Waveland, MS 39576

**Defendants**
    Forest River, Inc.
    CH2M Hill Construction, Inc

# Exhibit A

**Plaintiff** Katlin Hamilton (222057)  **Address** 512 Garden Lane  Waveland, MS 39576

**Defendants**
 Forest River, Inc.
 CH2M Hill Construction, Inc

---

**Plaintiff** James Hamilton (222058)  **Address** 512 Garden Lane  Waveland, MS 39576

**Defendants**
 Forest River, Inc.
 CH2M Hill Construction, Inc

---

**Plaintiff** Celie Hebert (222064)  **Address** 539 Gladstone Street  Waveland, MS 39576

**Defendants**
 Forest River, Inc.
 Bechtel National, Inc

---

**Plaintiff** Jacqueline Holifield (222077)  **Address** 512 9th Street  Bay Saint Louis, MS 39520

**Defendants**
 Forest River, Inc.
 Bechtel National, Inc

---

**Plaintiff** Hang Huynh (222081)  **Address** 2711 7th street  Biloxi, MS 39530

**Defendants**
 Forest River, Inc.
 Bechtel National, Inc

---

**Plaintiff** Kathy Keppard (222095)  **Address** 6141 West Jackson St.  Bay St. Louis , MS 39520

**Defendants**
 Forest River, Inc.
 Bechtel National, Inc

---

**Plaintiff** Leah Ladner (222101)  **Address** 9743 Limu Way  Diamondhead, MS 39525

**Defendants**
 Forest River, Inc.
 Bechtel National, Inc

---

**Plaintiff** Marcus Michael (222147)  **Address** 286 Bowen Street  Biloxi, MS 39530

**Defendants**
 Forest River, Inc.
 Bechtel National, Inc

---

# Exhibit A

**Plaintiff** John Nguyen (222152)        **Address** 2717 7th Street  Biloxi, MS 39530

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Roy Reed (222189)        **Address** 4092 Atlantic Street  Bay Saint Louis, MS 39520

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Marry Reed (222190)        **Address** 4092 Atlantic Street  Bay Saint Louis, MS 39520

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Tori Smith (222217)        **Address** 9455 Hwy 11  Poplarville, MS 39470

**Defendants**
    Forest River, Inc.
    CH2M Hill Construction, Inc

---

**Plaintiff** Dwaine Welch (222243)        **Address** 8137 Jasper Street  Bay St. Louis, MS 39520

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Aimee Welch (222244)        **Address** 8137 Jasper Street  Bay St. Louis, MS 39520

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Melissa Williams (222256)        **Address** 107 Suttora Lane  Carriere, MS 39426

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Norvel Williams (222257)        **Address** 107 Suttora Lane  Carriere, MS 39426

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

# Exhibit A

**Plaintiff** Bobby Milligan (222278)          **Address** 631 Dina Dr.  D'Iberville, MS 39540

**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

---

**Plaintiff** Jose Caballero (222354)          **Address** 505 Genin Street  Bay Saint Louis, MS 39520

**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

---

**Plaintiff** Beverly Esquivel (222489)          **Address** 4057 Pacific Street  Bay Saint Louis, MS 39520

**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

---

**Plaintiff** Juventino Esquivel (222492)          **Address** 4057 Pacific St  Bay Saint Louis, MS 39520

**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

---

**Plaintiff** Judith Gazzo (222500)          **Address** 194 Hoxie St  Biloxi, MS 39530

**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

---

**Plaintiff** Troy Ladner (222543)          **Address** 7075 Jack Ladner Rd  Bay St. Louis, MS 39520

**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

---

**Plaintiff** Tammy Osterholm (222555)          **Address** 505 Genin Street  Bay Saint Louis, MS 39520

**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

---

**Plaintiff** Durwood Parker (222562)          **Address** 4005 S Shore Drive  Pascagoula, MS 39581

**Defendants**
        Forest River, Inc.
        Bechtel National, Inc

---

# Exhibit A

**Plaintiff** Trey Randall (222571)                **Address** 7075 Jack Ladner  Bay St. Louis, MS 39520

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Alicia Faucetta (222736)           **Address** 198 Ardurer Blvd Apt. 38 Waveland, MS 39566

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Gladys Kilgove (222834)          **Address** 198 Auderer Blvd. Apt. 48  Waveland, MS 39576

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Dori Ray (222982)                **Address** 6036 Maple Drive  Pearlington, MS 39572

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Nija White (223068)               **Address** 15027 M.L.K.  Gulfport, MS 39501

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Joe Anderson (223473)            **Address** 15027 MLK  Gulfport, MS 39501

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Willie Davis (223629)             **Address** 22490 Freddie Frank Road  Long Beach, MS 39560

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Raymond Garcia (223698)        **Address** 7237 Sunflower  Bay Saint Louis, MS 39520

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

# Exhibit A

**Plaintiff** Mavis Grubbs (223726)      **Address** 2312 - 84th Street  Pascagoula, MS 39567

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** William Grubbs (223727)      **Address** 2312 8th Street  Pascagoula, MS 39567

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Cecilia Hargett (223747)      **Address** 1500 Bogan Cir APT. F1 Picayune, MS 39466

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Jaffus Holloway (223777)      **Address** 5025 Meridian Street  Moss Point, MS 39563

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Kelvin Holloway (223778)      **Address** 5025 Meridian Street  Moss Point, MS 39563

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Mattie Holloway (223779)      **Address** 5025 Meridian Street  Moss Point, MS 39563

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Darain Jackson (223805)      **Address** 5344 Hwy 604  Pearlington, MS 39572

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Abraham Lawrence (223888)      **Address** P.O. Box  1463  Escatawpa, MS 39552

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

# Exhibit A

**Plaintiff** Mary Lawrence (223890)                **Address** 4112 Rosa Ln  Moss Point , MS 39563

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Bauh Le (223892)                **Address** 420 Division Street  Biloxi, MS 39530

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Jerold McKinney (223968)                **Address** 10410 Saracennia Rd  Moss Point, MS 39562

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** James Murphy (223993)                **Address** 8052 McDonald Road  Pass Christian, MS 39571

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Marlin Smith (224145)                **Address** 610 Jarrell Street  Picayune, MS 39466

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Carl Spiller (224154)                **Address** 171 Alexander Avenue  Biloxi, MS 39530

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Jacque Spillers (224155)                **Address** 171 Alexander Avenue  Biloxi, MS 39530

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Joelle Spiller (224156)                **Address** 171 Alexander Avenue  Biloxi, MS 39530

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

# Exhibit A

**Plaintiff** Kevin Spillers (224157)                    **Address** 171 Alexander Avenue  Biloxi, MS 39530

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Robert Tatum (224173)                    **Address** 240 Dorries St  Biloxi, MS 39530

**Defendants**
    Forest River, Inc.
    Flour Enterprises, Inc

---

**Plaintiff** Krystal Lawrence (224321)                    **Address** P.O. Box 1463  Escatawpa, MS 39552

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Courtney Arceneaux (224327)                    **Address** 7237 Sunflower  Bay Saint Louis, MS 39520

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Sherry Powell (224383)                    **Address** P.O. Box  4122  Bay Saint Louis, MS 39521

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Brett Powell (224384)                    **Address** P.O. Box  4122  Bay Saint Louis, MS 39521

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Katyryn Powell (224386)                    **Address** P.O. Box  4122  Bay Saint Louis, MS 39521

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Victoria Quintini (224387)                    **Address** P.O. Box  844  Kiln, MS 39556

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

# Exhibit A

**Plaintiff** Jerry Leblanc (224388)          **Address** 308 Ruella Ave # 9  Bay Saint Louis, MS 39520

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Rachel Leblanc (224389)          **Address** 3087 2nd St  Bay St. Louis, MS 39520

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Annie Stewart (224452)          **Address** 284 Magnolia Street  Biloxi, MS 39530

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Glory Fields (224455)          **Address** 237 Lee Street  Biloxi, MS 39530

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Jessica Richmond (224457)          **Address** 237 Lee Street  Biloxi, MS 39530

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** John Pierce (224505)          **Address** P.O. Box  408  Kiln, MS 39556

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Jennifer Pierce (224506)          **Address** P.O. Box  408  Kiln, MS 39556

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Travis Davis (224542)          **Address** 2917 Magnolia St  Pascagoula, MS 39567

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

# Exhibit A

**Plaintiff** Kelly Chamberlain (224543)      **Address** 2917 Magnolia St  Pascagoula, MS 39567

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Steve Hutson (224662)      **Address** 626 Baker Street  Gulfport, MS 39507

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Kristie Danley (224667)      **Address** 19271 Sunflower Lane  Saucier, MS 39574

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Dawn Boyd (224697)      **Address** 349 Lac Bleu Ave  Pass Christian, MS 39571

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Mark Boyd (224707)      **Address** 349 Lac Bleu Ave  Pass Christian, MS 39571

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Johnnie Jordan (224710)      **Address** 6278 W Hinds St  Bay St. Louis, MS 39520

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Colleen Jordan (224721)      **Address** 6278 W Hinds St  Bay St. Louis, MS 39520

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** David Chamberlain (224777)      **Address** 2917 Magnolia Street  Pascagoula, MS 39567

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

# Exhibit A

| **Plaintiff** Martha Cagle (224907) | **Address** P.O. Box 1095 Kiln, MS 39556 |

**Defendants**
Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff** Robert Necaise (224930)  **Address** 4078 Hwy 90 Bay St. Louis, MS 39520

**Defendants**
Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff** Shirley Necaise (224931)  **Address** 4078 Hwy 90 Bay St. Louis, MS 39520

**Defendants**
Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff** Louis Saucier (225051)  **Address** 111 Lynn Circle Pass Christian, MS 39571

**Defendants**
Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff** Anna Moore (225072)  **Address** 451 Longfellow Street Bay Saint Louis, MS 39520

**Defendants**
Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff** Anna Moore, as Next Friend of Mea Moore, a minor (225073)  **Address** 451 Longellow Street Bay Saint Louis, MS 39520

**Defendants**
Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff** Brandon Dedeaux (225128)  **Address** 28018 16th Section Rd Pass Christian, MS 39571

**Defendants**
Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff** Curtis Danley (225133)  **Address** 19271 Sunflower Ln Saucier, MS 39574

**Defendants**
Forest River, Inc.
Bechtel National, Inc

# Exhibit A

**Plaintiff** Tien Nguyen (225189)                    **Address** 6817 Bienville Drive  Biloxi, MS 39532

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Bich Nguyen (225190)                    **Address** 6817 Bienville Drive  Biloxi, MS 39532

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Hoat Bui (225871)                    **Address** 813 Elder St.  Biloxi, MS 39532

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Leonard Henderson (226279)                    **Address** 106 High Hopes Lane  Lucedale, MS 39452

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Shelia Henderson (226281)                    **Address** 106 High Hopes Lane  Lucedale, MS 39452

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Sam McCoy (226569)                    **Address** P.O. Box 553  Pascagoula, MS 39567

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Trung Nguyen (226662)                    **Address** 813 Elder St.  Biloxi, MS 39530

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Melanie Polk (226712)                    **Address** 4206 Emerson St.  Pascagoula, MS 39581

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

# Exhibit A

**Plaintiff** James Steele (226921)          **Address** 3415 Sumedinger St.  Pascagoula, MS 39581

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Raven Williams (227058)          **Address** 4100 Wisteria Dr.  Moss Point, MS 39562

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Alexa Barbazon (229360)          **Address** 6029 1st street  Bay St. Louis , MS 39520

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Margie Barbazon (229363)          **Address** 6029 1st Street  Bay St. Louis, MS 39520

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Barbara Houston, as Representative of          **Address** 2002 Forrest St.  Pascagoula, MS 39581
the Estate of Mavis Barton, deceased

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Patsy Bosarge (229435)          **Address** 3310 Douglas Ave.  Pascagoula, MS 39581

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Robert Bosarge (229436)          **Address** 3310 Douglas Ave.  Pascagoula , MS 39581

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Sarah Bragg (229451)          **Address** 2724 Robert Hiram Dr  Gavtier, MS 39553

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

# Exhibit A

**Plaintiff** Brittany Breazeale (229455)　　　**Address** 2008 Arbor View Cr.  D'Iberville, MS 39540

**Defendants**
　　　Forest River, Inc.
　　　Bechtel National, Inc

---

**Plaintiff** Violet Brown (229478)　　　**Address** 1810 62nd Ave.  Gulfport, MS 39501

**Defendants**
　　　Forest River, Inc.
　　　Bechtel National, Inc

---

**Plaintiff** Billy Chandler (229526)　　　**Address** 3307 Douglas Ave.  Pascagoula, MS 39581

**Defendants**
　　　Forest River, Inc.
　　　Bechtel National, Inc

---

**Plaintiff** Eleanor Chandler (229527)　　　**Address** 3307 Douglas Ave.  Pascagoula, MS 39581

**Defendants**
　　　Forest River, Inc.
　　　Bechtel National, Inc

---

**Plaintiff** Ricardo Dedeaux (229611)　　　**Address** 25408 Hill Rd.  Pass Christian, MS 39571

**Defendants**
　　　Forest River, Inc.
　　　Bechtel National, Inc

---

**Plaintiff** Carleaner Dillard (229624)　　　**Address** 2000 University Street  Gautier, MS 39553

**Defendants**
　　　Forest River, Inc.
　　　Bechtel National, Inc

---

**Plaintiff** Bridgette Harbin (229773)　　　**Address** 2411 Washington Ave  Pascagoula, MS 39567

**Defendants**
　　　Forest River, Inc.
　　　Bechtel National, Inc

---

**Plaintiff** LaRina  Lawrence  (229986)　　　**Address** 4117 Rosa Lane  Moss Point, MS 39562

**Defendants**
　　　Forest River, Inc.
　　　Bechtel National, Inc

---

# Exhibit A

**Plaintiff** Albert Odom (230135)                     **Address** P. O. Box 8306  Moss Point, MS 39562

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Brandon  Reynolds (230232)               **Address** 3419 Ronnie Ave.  Pascagoula, MS 39581

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Amanda  Richardson (230238)              **Address** 57146 Diamondhead Dr. East  Diamonhead, MS
                                                                    39525

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Stephen  Richardson (230248)             **Address** 57146 Diamondhead Dr. East  Diamonhead, MS
                                                                    39525

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

# Exhibit B

Najee Wells-Thompson, et. al. vs. Forest River, Inc., et. al.

**Contractor**                                              **Insurer**

Bechtel National, Inc
C T Corporation System
645 Lakeland East Drive Suite 101
Flowood, MS 39232

CH2M Hill Construction, Inc
C T Corporation System
5615 Corporate Blvd. Ste. 400B
Baton Rouge, LA 70808

Flour Enterprises, Inc
Corporation Service Company
320 Sumerulos St.
Baton Rouge, LA 70802

# Exhibit B

Najee Wells-Thompson, et. al.  vs. Forest River, Inc., et. al.

**Manufacturer**                                    **Insurer**

Forest River, Inc.
J. Richard Ransel
228 W. High St.
Elkhart, IN 46516