CJRA-P, CLOSED, FORMALDEHYDE, JMR, JURY

# U.S. District Court
## Southern District of Mississippi (Southern)
## CIVIL DOCKET FOR CASE #: 1:09-cv-00586-HSO-JMR
## Internal Use Only

Wells-Thompson et al v. Forest River, Inc. et al
Assigned to: District Judge Halil S. Ozerden
Referred to: Magistrate Judge John M. Roper
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 07/31/2009
Date Terminated: 09/28/2009
Jury Demand: Plaintiff
Nature of Suit: 360 P.I.: Other
Jurisdiction: Diversity

**Plaintiff**

**Najee Wells-Thompson**
*together with all individuals and*
*entities whose names appear on the*
*attached Exhibit A*

represented by **Daniel D. Ware**
DANIEL D. WARE, ATTORNEY
2625 Ridgewood Rd., Ste 100
Jackson , MS 39216
601-368-9310
Fax: 601-368-9958
Email: daniel@wareclifford.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**All Plaintiffs**

represented by **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elizabeth White**

represented by **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sherry Yarborough**

represented by **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven Lafontaine**

represented by **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Franklin Pham**                represented by   **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lieu Duong**                   represented by   **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thuan Nguyen**                 represented by   **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dan Doan**                     represented by   **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Bourn**               represented by   **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Timothy Campbell**            represented by   **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michal Spiers**               represented by   **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tiffany Barnette**            represented by   **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Lafontaine**                 represented by   **Daniel D. Ware**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dinette Ladner**                      represented by   **Daniel D. Ware**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ladonna Lafontaine**                  represented by   **Daniel D. Ware**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kermit Lafontaine**                   represented by   **Daniel D. Ware**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven Fricke**                       represented by   **Daniel D. Ware**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Agnes Necaise**                       represented by   **Daniel D. Ware**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Desmond Nelson**                      represented by   **Daniel D. Ware**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lina Nguyen**                         represented by   **Daniel D. Ware**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Long Nguyen**                                represented by **Daniel D. Ware**
                                               (See above for address)
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mau Nguyen**                                 represented by **Daniel D. Ware**
                                               (See above for address)
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Phung Nguyen**                               represented by **Daniel D. Ware**
                                               (See above for address)
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tap Nguyen**                                 represented by **Daniel D. Ware**
                                               (See above for address)
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thien Nguyen**                               represented by **Daniel D. Ware**
                                               (See above for address)
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tuan Nguyen**                                represented by **Daniel D. Ware**
                                               (See above for address)
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sen Ngo**                                    represented by **Daniel D. Ware**
                                               (See above for address)
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ann Nguyen**                                 represented by **Daniel D. Ware**
                                               (See above for address)
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chien Nguyen**                               represented by **Daniel D. Ware**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dai Nguyen**                          represented by **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dao Nguyen**                          represented by **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Do Nguyen**                           represented by **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gan Nguyen**                          represented by **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gong Nguyen**                         represented by **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ho Nguyen**                           represented by **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Albert Necaise**                      represented by **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brenda Marx**                         represented by **Daniel D. Ware**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Geraldine McKay**                    represented by   **Daniel D. Ware**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kim Le**                             represented by   **Daniel D. Ware**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Phuong Mai**                         represented by   **Daniel D. Ware**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ngo Huynh**                          represented by   **Daniel D. Ware**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Garrison**                      represented by   **Daniel D. Ware**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dorothy Domio**                      represented by   **Daniel D. Ware**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amy Cochran**                        represented by   **Daniel D. Ware**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Garrett Conn**                       represented by   **Daniel D. Ware**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*

                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Niny Baker**                       represented by  **Daniel D. Ware**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Theodore Baker**                  represented by  **Daniel D. Ware**
                                                (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bich Bui**                           represented by  **Daniel D. Ware**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Canh Bui**                         represented by  **Daniel D. Ware**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jordan Caraviello**               represented by  **Daniel D. Ware**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christian Domio**                represented by  **Daniel D. Ware**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Howard O'Gwin**               represented by  **Daniel D. Ware**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Howard O'Gwin**               represented by  **Daniel D. Ware**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Benjamin O'Gwin**                    represented by   **Daniel D. Ware**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cathy O'Gwin**                       represented by   **Daniel D. Ware**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ninon Peterson**                     represented by   **Daniel D. Ware**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles Richardson**                 represented by   **Daniel D. Ware**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shirley Rogers**                     represented by   **Daniel D. Ware**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cecil Rogers**                       represented by   **Daniel D. Ware**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Shepherd**                     represented by   **Daniel D. Ware**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nita Shepherd**                      represented by   **Daniel D. Ware**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shelby Shepherd**                      represented by **Daniel D. Ware**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kenneth Shipman**                      represented by **Daniel D. Ware**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shirley Shipman**                      represented by **Daniel D. Ware**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kenneth Shipman**                      represented by **Daniel D. Ware**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Smith**                       represented by **Daniel D. Ware**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hai Tran**                             represented by **Daniel D. Ware**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nghia Tran**                           represented by **Daniel D. Ware**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hue Vu**                               represented by **Daniel D. Ware**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Bosarge**                     represented by **Daniel D. Ware**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lisa Bennett**                            represented by **Daniel D. Ware**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carol Casenave**                          represented by **Daniel D. Ware**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lisa Catalanotto**                        represented by **Daniel D. Ware**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karen Chevis**                            represented by **Daniel D. Ware**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Latoya Davis**                            represented by **Daniel D. Ware**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sarah Greely**                            represented by **Daniel D. Ware**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Hawkins**                         represented by **Daniel D. Ware**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Miranda Hoda**                            represented by **Daniel D. Ware**
                                            (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eddie Jenkins**        represented by **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Evette Jenkins**        represented by **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kizzie Jenkins**        represented by **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lucilla Jenkins**        represented by **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shoneen Kendrick**        represented by **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Ladner**        represented by **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Lee**        represented by **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rheba Lee**        represented by **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brandon Nixon**                     represented by   **Daniel D. Ware**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donald Nixon**                      represented by   **Daniel D. Ware**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Nixon**                        represented by   **Daniel D. Ware**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bobby Oglesby**                     represented by   **Daniel D. Ware**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward Parker**                     represented by   **Daniel D. Ware**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eugene Patrick**                    represented by   **Daniel D. Ware**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sherry Perkins**                    represented by   **Daniel D. Ware**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eugene Porter**                     represented by   **Daniel D. Ware**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lucy Preston**      represented by   **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Ratcliff**      represented by   **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dustin Schaefer**      represented by   **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Megan Spiers**      represented by   **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Spivey**      represented by   **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Thompson**      represented by   **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thu Tran**      represented by   **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Beatrice Valentine**      represented by   **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fred Valentine**                          represented by **Daniel D. Ware**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rita Vance**                              represented by **Daniel D. Ware**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Emma Williams**                           represented by **Daniel D. Ware**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Janeshia Williams**                       represented by **Daniel D. Ware**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Danny Daniels**                           represented by **Daniel D. Ware**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Danny Daniels**                           represented by **Daniel D. Ware**
*as Representative of the Estate of*                       (See above for address)
*Brenda Daniels, deceased*                                 *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Durrell Galloway**                        represented by **Daniel D. Ware**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Galloway**                       represented by **Daniel D. Ware**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Harold Hutto**                            represented by **Daniel D. Ware**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tammy Hutto**                    represented by   **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bobby Mayes**                    represented by   **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Julie Mayes**                    represented by   **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kristal Mayes**                  represented by   **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marisa Moran**                   represented by   **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Roosevelt Poole**                represented by   **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dominique Poole**                represented by   **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alice Rogerson**                 represented by   **Daniel D. Ware**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Janna Schneider**                     represented by **Daniel D. Ware**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kiona Smith**                         represented by **Daniel D. Ware**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Davie Smith**                         represented by **Daniel D. Ware**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jacqueline Tryvulski**                represented by **Daniel D. Ware**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Erick Villalta**                      represented by **Daniel D. Ware**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Williams**                     represented by **Daniel D. Ware**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Williams**                       represented by **Daniel D. Ware**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew Williams**                     represented by **Daniel D. Ware**
                                        (See above for address)
                                        *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Betty Adams**                          represented by   **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Adams**                          represented by   **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeremiah Armstrong**                   represented by   **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sernella Armstrong**                   represented by   **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeremiah Armstrong**                   represented by   **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pamela Bosarge**                       represented by   **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Carambat**                      represented by   **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Gasaway**                       represented by   **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raymond Jones**                    represented by   **Daniel D. Ware**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kendrick Ladner**                  represented by   **Daniel D. Ware**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lisa Ladner**                      represented by   **Daniel D. Ware**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Roxanna Lee**                      represented by   **Daniel D. Ware**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Taylor Lee**                       represented by   **Daniel D. Ware**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Virgil Lee**                       represented by   **Daniel D. Ware**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jerry Magee**                      represented by   **Daniel D. Ware**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karen Moody**                      represented by   **Daniel D. Ware**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Myers**                      represented by **Daniel D. Ware**
                                     (See above for address)
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeremy Patrick**                   represented by **Daniel D. Ware**
                                     (See above for address)
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lisa Patrick**                     represented by **Daniel D. Ware**
                                     (See above for address)
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Florilla Poole**                   represented by **Daniel D. Ware**
                                     (See above for address)
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leroy Poole**                      represented by **Daniel D. Ware**
                                     (See above for address)
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Irvin Richardaon**                 represented by **Daniel D. Ware**
                                     (See above for address)
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hope Smith**                       represented by **Daniel D. Ware**
                                     (See above for address)
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Smith**                       represented by **Daniel D. Ware**
                                     (See above for address)
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ricky Smith**                      represented by **Daniel D. Ware**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Scotty Smith**                          represented by   **Daniel D. Ware**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Speir**                     represented by   **Daniel D. Ware**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephanie Speir**                       represented by   **Daniel D. Ware**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angela Thompson**                       represented by   **Daniel D. Ware**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Betty Adams**                           represented by   **Daniel D. Ware**
*as Representative of the Estate of*                       (See above for address)
*Mattie Zimmerebner*                                       *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deborah Zoerner**                       represented by   **Daniel D. Ware**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Katie Zoerner**                         represented by   **Daniel D. Ware**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Zoerner**                       represented by   **Daniel D. Ware**
                                                           (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Arthur Bassett**                    represented by  **Daniel D. Ware**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Debra Badon**                       represented by  **Daniel D. Ware**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shelley Dedeaux**                   represented by  **Daniel D. Ware**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Clois Dedeaux**                     represented by  **Daniel D. Ware**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Garcia**                      represented by  **Daniel D. Ware**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronald Lightell**                   represented by  **Daniel D. Ware**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sylia Mark**                        represented by  **Daniel D. Ware**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marilyn Milligan**                  represented by  **Daniel D. Ware**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Martha Moore**                    represented by **Daniel D. Ware**
                                    (See above for address)
                                    *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wayne Morlier**                   represented by **Daniel D. Ware**
                                    (See above for address)
                                    *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wayne Morlier**                   represented by **Daniel D. Ware**
*as Representative of the Estate of Joyce*                    (See above for address)
*Morlier, deceased*                 *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bonnie Morlier**                  represented by **Daniel D. Ware**
                                    (See above for address)
                                    *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lawrence Fields**                 represented by **Daniel D. Ware**
                                    (See above for address)
                                    *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Betty Fields**                    represented by **Daniel D. Ware**
                                    (See above for address)
                                    *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Natalie Fields**                  represented by **Daniel D. Ware**
                                    (See above for address)
                                    *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Valerie Garry**                   represented by **Daniel D. Ware**
                                    (See above for address)
                                    *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Gazzo**                              represented by   **Daniel D. Ware**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Benny McCollister**                         represented by   **Daniel D. Ware**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeanne McCollister**                        represented by   **Daniel D. Ware**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Whitney McDowell**                          represented by   **Daniel D. Ware**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joyce Phillips**                            represented by   **Daniel D. Ware**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richie Robbins**                            represented by   **Daniel D. Ware**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Erica Stojic**                              represented by   **Daniel D. Ware**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Arlicia Robbins**                           represented by   **Daniel D. Ware**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eric Thompson**      represented by   **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Ballard**      represented by   **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Seketha Ballard**      represented by   **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dejuante Bullock**      represented by   **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lance Davis**      represented by   **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Errin**      represented by   **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melissa Hamilton**      represented by   **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Hamilton**      represented by   **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Katlin Hamilton**      represented by   **Daniel D. Ware**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Hamilton**                          represented by **Daniel D. Ware**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Celie Hebert**                            represented by **Daniel D. Ware**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jacqueline Holifield**                    represented by **Daniel D. Ware**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hang Huynh**                              represented by **Daniel D. Ware**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathy Keppard**                           represented by **Daniel D. Ware**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leah Ladner**                             represented by **Daniel D. Ware**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marcus Michael**                          represented by **Daniel D. Ware**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Nguyen**                             represented by **Daniel D. Ware**
                                            (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Roy Reed**                                represented by  **Daniel D. Ware**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marry Reed**                              represented by  **Daniel D. Ware**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tori Smith**                              represented by  **Daniel D. Ware**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dwaine Welch**                            represented by  **Daniel D. Ware**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aimee Welch**                             represented by  **Daniel D. Ware**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melissa Williams**                        represented by  **Daniel D. Ware**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Norvel Williams**                         represented by  **Daniel D. Ware**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bobby Milligan**                          represented by  **Daniel D. Ware**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jose Caballero**                     represented by   **Daniel D. Ware**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Beverly Esquivel**                   represented by   **Daniel D. Ware**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Juventino Esquivel**                 represented by   **Daniel D. Ware**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Judith Gazzo**                       represented by   **Daniel D. Ware**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Troy Ladner**                        represented by   **Daniel D. Ware**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tammy Osterholm**                    represented by   **Daniel D. Ware**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Durwood Parker**                     represented by   **Daniel D. Ware**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Trey Randall**                       represented by   **Daniel D. Ware**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alicia Faucetta**                           represented by  **Daniel D. Ware**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gladys Kilgove**                            represented by  **Daniel D. Ware**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dori Ray**                                  represented by  **Daniel D. Ware**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nija White**                                represented by  **Daniel D. Ware**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joe Anderson**                              represented by  **Daniel D. Ware**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Willie Davis**                              represented by  **Daniel D. Ware**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raymond Garcia**                            represented by  **Daniel D. Ware**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mavis Grubbs**                              represented by  **Daniel D. Ware**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Grubbs**                          represented by   **Daniel D. Ware**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cecilia Hargett**                         represented by   **Daniel D. Ware**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jaffus Holloway**                         represented by   **Daniel D. Ware**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kelvin Holloway**                         represented by   **Daniel D. Ware**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mattie Holloway**                         represented by   **Daniel D. Ware**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Darain Jackson**                          represented by   **Daniel D. Ware**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Abraham Lawrence**                        represented by   **Daniel D. Ware**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Lawrence**                           represented by   **Daniel D. Ware**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bauh Le**                                 represented by   **Daniel D. Ware**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jerold McKinney**                    represented by **Daniel D. Ware**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Murphy**                       represented by **Daniel D. Ware**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marlin Smith**                       represented by **Daniel D. Ware**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carol Spiller**                      represented by **Daniel D. Ware**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jacque Spillers**                    represented by **Daniel D. Ware**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joelle Spiller**                     represented by **Daniel D. Ware**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Spillers**                     represented by **Daniel D. Ware**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Tatum**                       represented by **Daniel D. Ware**
                                       (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Krystal Lawrence**                    represented by   **Daniel D. Ware**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Courtney Arceneaux**                  represented by   **Daniel D. Ware**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sherry Powell**                       represented by   **Daniel D. Ware**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brett Powell**                        represented by   **Daniel D. Ware**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Katyryn Powell**                      represented by   **Daniel D. Ware**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Victoria Quintini**                   represented by   **Daniel D. Ware**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jerry Leblanc**                       represented by   **Daniel D. Ware**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rachel Leblanc**                      represented by   **Daniel D. Ware**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Annie Stewart**                    represented by **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Glory Fields**                     represented by **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica Richmond**                 represented by **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Pierce**                      represented by **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Pierce**                  represented by **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Travis Davis**                     represented by **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kelly Chamberlain**                represented by **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steve Hutson**                     represented by **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kristie Danley**                    represented by   **Daniel D. Ware**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dawn Boyd**                        represented by   **Daniel D. Ware**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark Boyd**                        represented by   **Daniel D. Ware**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Johnnie Jordan**                   represented by   **Daniel D. Ware**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Colleen Jordan**                   represented by   **Daniel D. Ware**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Chamberlain**                represented by   **Daniel D. Ware**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Martha Cagle**                     represented by   **Daniel D. Ware**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Necaise**                   represented by   **Daniel D. Ware**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shirley Necaise**                                    represented by   **Daniel D. Ware**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Louis Saucier**                                      represented by   **Daniel D. Ware**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Anna Moore**                                         represented by   **Daniel D. Ware**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Anna Moore**                                         represented by   **Daniel D. Ware**
*as Next Friend of M.M., a minor*                                      (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Brandon Dedeaux**                                    represented by   **Daniel D. Ware**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Curtis Danley**                                      represented by   **Daniel D. Ware**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Tien Nguyen**                                        represented by   **Daniel D. Ware**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Bich Nguyen**                                        represented by   **Daniel D. Ware**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Hoat Bui**                                           represented by   **Daniel D. Ware**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leonard Henderson**                    represented by    **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shelia Henderson**                     represented by    **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sam McCoy**                            represented by    **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Trung Nguyen**                         represented by    **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melanie Polk**                         represented by    **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Steele**                         represented by    **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raven Williams**                       represented by    **Daniel D. Ware**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alexa Barbazon**                       represented by    **Daniel D. Ware**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Margie Barbazon**                    represented by   **Daniel D. Ware**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Houston**                    represented by   **Daniel D. Ware**
*as Representative of the Estate of Mavis*              (See above for address)
*Barton, deceased*                                      *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patsy Bosarge**                      represented by   **Daniel D. Ware**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Bosarge**                     represented by   **Daniel D. Ware**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sarah Bragg**                        represented by   **Daniel D. Ware**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brittany Breazeale**                 represented by   **Daniel D. Ware**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Violet Brown**                       represented by   **Daniel D. Ware**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Billy Chandler**                     represented by   **Daniel D. Ware**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eleanor Chandler**                    represented by  **Daniel D. Ware**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ricardo Dedeaux**                     represented by  **Daniel D. Ware**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carleaner Dillard**                   represented by  **Daniel D. Ware**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bridgette Harbin**                    represented by  **Daniel D. Ware**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**LaRina Lawrence**                     represented by  **Daniel D. Ware**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Albert Odom**                         represented by  **Daniel D. Ware**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brandon Reynolds**                    represented by  **Daniel D. Ware**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amanda Richardson**                   represented by  **Daniel D. Ware**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

Stephen Richardson                      represented by **Daniel D. Ware**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

Forest River, Inc.

**Defendant**

Bechtel National, Inc.

**Defendant**

CH2M Hill Construction, Inc.

**Defendant**

Flour Enterprises, Inc.

| Date Filed | # | Docket Text |
|---|---|---|
| 07/31/2009 | 1 | Sealed Complaint (Attachments: # 1 Exhibits)(wld) (Entered: 08/09/2009) |
| 07/31/2009 | 2 | REDACTED COMPLAINT against Forest River, Inc., Bechtel National, Inc., CH2M Hill Construction, Inc., Flour Enterprises, Inc. with jury demand ( Filing fee $ 350 receipt number B030080), filed by All Plaintiffs. (Attachments: # 1 Exhibits, # 2 Civil Cover Sheet)(wld) (Entered: 08/09/2009) |
| 07/31/2009 |  | (Court only) ***Set CJRA Pending Track, Jury, Magistrate Judge Roper and Formaldehyde Flag (wld) (Entered: 08/09/2009) |
| 07/31/2009 |  | (Court only) ***Plaintiffs added. (wld) (Entered: 08/27/2009) |
| 07/31/2009 |  | (Court only) ***Plaintiffs added. (wld) (Entered: 08/27/2009) |
| 07/31/2009 |  | (Court only) ***Plaintiffs added. (wld) (Entered: 08/28/2009) |
| 07/31/2009 |  | (Court only) ***Plaintiffs added. (wld) (Entered: 08/28/2009) |
| 07/31/2009 |  | (Court only) ***Plaintiffs added. (wld) (Entered: 08/31/2009) |
| 08/06/2009 | 3 | Summons Issued as to Forest River, Inc., Bechtel National, Inc., CH2M Hill Construction, Inc., Flour Enterprises, Inc. (wld) (Entered: 08/09/2009) |
| 09/10/2009 | 4 | ORDER OF SEVERANCE. Signed by Magistrate Judge John M. Roper on 9/10/2009 (Regenold, Sheryal) (Entered: 09/10/2009) |
| 09/10/2009 | 5 | Letter sent to MDL Clerk with docket entries and complaint/notice of removal. (wld) (Entered: 09/10/2009) |

| 09/24/2009 | 6 | Copy of Transfer Order received from MDL for notification that case will be transferred when certified copy is received. (JCH) (Entered: 09/24/2009) |
|---|---|---|
| 09/28/2009 | 7 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER: transferring this case to the Eastern District of Louisiana and assigned to Honorable Kurt D. Engelhardt. (wld) (Entered: 09/28/2009) |
| 09/28/2009 |  | Copy of MDL Transfer order, complaint and docket sheet emailed to the Eastern District of Louisiana. (wld) (Entered: 09/28/2009) |